# Linklaters

Linklaters LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (212)-903-9072
douglas.tween@linklaters.com

**MEMO ENDORSED**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601-4150

**Defendant's request for an extension of time until October 31, 2025 to answer or to seek leave to file a motion to dismiss is GRANTED. Counsel is directed to this Court's Individual Practices Sec. 3.A.ii. regarding a pre-motion letter. Clerk of Court is requested to terminate the motion at ECF No. 14.**

**Dated: September 2, 2025**
**White Plain, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

August 29, 2025

**Re: Painter et al. v. Strides Pharma, Inc., Case No. 7:25-cv-04189-NSR**

Dear Judge Roman,

We represent Defendant Strides Pharma Inc. ("SPI") in the above-captioned case. Pursuant to Local Rules 5.2(b) and 7.1(d), and your Honor's Individual Practices in Civil Cases 1.E, SPI respectfully requests an extension to file our Motion to Dismiss in response to Plaintiffs' Complaint. The original response date is set for September 15, 2025. SPI requests an extension to respond by October 31, 2025. The parties have been collecting relevant data from subpoenas issued by the Plaintiffs and have agreed that additional time to prepare a responsive pleading is warranted.

We have conferred with opposing counsel, and they do not object to the request stated in this letter. This is our first request for an extension and will not affect any other deadlines in this case. We thank the Court for its time and consideration.

Yours sincerely

Douglas Tween
**Linklaters LLP**

*Attorney for Defendant Strides Pharma Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/02/2025