# Linklaters

Linklaters LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (212)-903-9072
douglas.tween@linklaters.com

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

October 2, 2025

**MEMO ENDORSED**

**Re: Painter et al. v. Strides Pharma, Inc., Case No. 7:25-cv-04189-NSR**

Dear Judge Roman,

    We represent Defendant Strides Pharma Inc. ("SPI") in the above-captioned case. Pursuant to Local Rules 5.2(b) and 7.1(d), and your Honor's Individual Practices in Civil Cases 1.E, SPI respectfully requests an extension to file our Motion to Dismiss in response to Plaintiffs' Complaint. The current response date is set for October 31, 2025. SPI requests an extension to respond by January 15, 2026. We are requesting this extension because the parties are still in the process of conducting informal discovery and have agreed that additional time to prepare a responsive pleading is warranted.

    We have conferred with opposing counsel, and they do not object to the request stated in this letter. This is our second request for an extension, the first request was granted. This extension will not affect any other deadlines in this case. We thank the Court for its time and consideration.

Yours sincerely,

*[signature]*

Douglas Tween
**Linklaters LLP**

*Attorney for Defendant Strides Pharma Inc.*

**The Court denies Defendant's request for an extension of time to file its motion to dismiss by January 15, 2026. The Court, instead, will extend the deadline to December 1, 2025. Defendant shall file its answer or seek leave to file a motion to dismiss on or before December 1, 2025.**

**Dated: October 3, 2025**
**White Plains, New York**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **10/3/2025**