```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025
```

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---

MAY PAINTER, ET AL.,

               Plaintiff(s),

- against -

STRIDES PHARMA, INC.,

               Defendant(s).

---

**ORDER**

7:25-cv-04189-NSR

Nelson S. Román, District Court Judge:

The Court having been informed by a joint letter motion (ECF No. 20) that the Parties have reached a settlement in principle, it is hereby

ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within sixty (60) days of the date hereof. The Parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court. In the event that the Parties are unable to memorialize a written settlement agreement within 60 days, the Court will re-open the case.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 20.

SO ORDERED.

*[signature]*

Dated: December 15, 2025  
White Plains, New York

Nelson S. Román  
United States District Court Judge, S.D.N.Y.