**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAY PAINTER, NICOLE HESLIP, MATHIAS CONDUFF, NATHANIEL MENDEZ-GUTIERREZ, RODNEY SHAW, MYLES THOMASON and JEFFREY DUPREX, on behalf of themselves and all others similarly situated,<br><br>               **Plaintiffs,**<br><br>vs.<br><br>STRIDES PHARMA, INC.<br><br>               **Defendant.** | Case No.  7:25-cv-4189-NSR |

**NOTICE OF CLASS COUNSEL'S**
**APPLICATION FOR ATTORNEYS' FEES AND COSTS AND**
**CLASS REPRESENTATIVE INCENTIVE AWARDS**

PLEASE TAKE NOTICE that Class Counsel hereby submit an application for attorneys' fees and costs and class representative incentive awards pursuant to the Court's May 21, 2026, Order Certifying Settlement Class and Preliminarily Approving Settlement Agreement. [Dkt. 29.] Class Counsel's application is scheduled to be heard together with the Final Approval Hearing on the class settlement on November 19, 2026, at 2:00 p.m. in Courtroom 218.

Dated: August 3, 2026

                                     **THE BLOCK FIRM LLC**

2

By: */s/Aaron K. Block*
Aaron K. Block (*pro hac vice*)
Max Marks (*pro hac vice*)

*Class Counsel*

2